**Order entered February 3, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01404-CV

**OXYSURE SYSTEMS, INC., Appellant**

**V.**

**WFAA T.V. CHANNEL 8, ET AL., Appellees**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-04556-2015**

## ORDER

Oxysure Systems, Inc. has filed a Suggestion of Bankruptcy stating that it has filed for bankruptcy in the United States Bankruptcy Court for the Eastern District of Texas. This automatically suspends further action in this appeal. *See* Tex. R. App. P. 8.2.

Accordingly, we **ABATE** this appeal. It may be reinstated on prompt motion by any party complying with Rule 8.3 and specifying what further action, if any, is required from this Court. *See* Tex. R. App. P. 8.3.

/s/ CRAIG STODDART
JUSTICE